IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CAMETRICE P. WALKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARY F. WALKER, MELISSA WALKER, ) <br> ORLANDO C. WALKER, and DEMPSEY ) <br> WALKER, SR., ) <br> ) <br> Defendants. ) <br> ) | CASE NO. CV417-239 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 3), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 31ST day of January 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA